**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

BOEHRINGER INGELHEIM )
PHARMACEUTICALS INC., )
BOEHRINGER INGELHEIM )
INTERNATIONAL GMBH, and )
BOEHRINGER INGELHEIM )
CORPORATION, )
 )
 )
Plaintiffs, )
 )  C.A. No. 1:18-cv-01765-CFC
v. )
 )
SUN PHARMACEUTICAL INDUSTRIES )
LIMITED, SUN PHARMACEUTICAL )
INDUSTRIES, INC., AND OHM )
LABORATORIES, INC., )
 )
Defendants. )

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT**
**OHM LABORATORIES, INC. AND AMENDING CAPTION**

Plaintiffs Boehringer Ingelheim Pharmaceuticals Inc., Boehringer Ingelheim International

GmbH, and Boehringer Ingelheim Corporation (collectively, "Boehringer") and Defendants Sun

Pharmaceutical Industries Limited ("Sun Ltd."), Sun Pharmaceutical Industries, Inc. ("Sun Inc."),

and Ohm Laboratories, Inc. ("Ohm Labs") (collectively, "Sun") hereby stipulate, subject to the

approval of the Court, as follows:

1.     Boehringer hereby dismisses its claims against Ohm Labs in this action without

prejudice, subject to the following conditions.

2.     This action will continue against Sun Ltd. and Sun Inc.

2.     Ohm Labs stipulates to be bound by any judgment, order, or decision in this action,

or any appeal thereof.

3.     Ohm Labs stipulates that its documents, witnesses, and information are in the

custody and control of Sun Ltd. and/or Sun Inc. for purposes of discovery in this action.

1

4.      Sun Ltd. and Sun Inc. agree that any discovery requests directed to Sun Ltd. or Sun Inc. will be understood and interpreted as also seeking discovery from Ohm Labs.  Sun Ltd. and Sun Inc. further agree that they will not raise issues of documents or witnesses being in the possession, custody, or control of Ohm Labs as a basis for not producing them.

5.      Sun Ltd. and Sun Inc. will search for and respond to discovery as if Ohm Labs were a party to this action, and Sun Ltd. and Sun Inc. will, subject to any objections, privilege assertions, or other grounds to oppose discovery pursuant to the Federal Rules of Civil Procedure or rules or orders of this Court, produce such discovery in response to discovery requests served in the action as if it were their own.

6.      Sun Ltd. and Sun Inc. will obtain certification by Ohm Labs of any interrogatory responses that Sun Ltd. and Sun Inc. cannot verify.

7.      Boehringer may notice depositions of employees of Ohm Labs as if Ohm Labs were a party to this action by serving deposition notices on Sun Ltd. or Sun Inc., without the need for: (a) service of subpoenas or (b) if located outside the United States, adherence to the procedures of The Hague Convention or other methods of foreign service. Sun Ltd. and Sun Inc. will, subject to any objections, privilege assertions, or other grounds to oppose or limit discovery pursuant to the Federal Rules of Civil Procedure or rules or orders of this Court, including limitations on the location of the deposition, make such employees available for deposition to be conducted pursuant to the Federal Rules of Civil Procedure.

8.      Sun Ltd. and Sun Inc. will accept Rule 30(b)(6) deposition notices containing topics directed to information that may be held by Ohm Labs and the witness presented in response thereto shall investigate information in the possession, custody, or control of Ohm Labs to prepare to testify on the noticed topics.  This paragraph does not constitute a waiver of any objections or

defenses to the provision of discovery that are available to parties to an action under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, or any other applicable authority.

9.      Ohm Labs is not a party required to be joined to this lawsuit under Federal Rule of Civil Procedure 19(a).

10.     Sun Ltd. and Sun Inc. will not assert the non-joinder of Ohm Labs to this action as a defense or objection to liability.

11.     This stipulation is not a representation or agreement by any entity regarding whether Ohm Labs is or would be a proper defendant in this action.

12.     The case caption should be amended to read as follows:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM CORPORATION, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:18-cv-01765-CFC |
| v. | ) ) | |
| SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) ) | |

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

/s/ Brian P. Egan
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

Of Counsel:
Leora Ben-Ami
Jeanna M. Wacker
Christopher T. Jagoe
Mira A. Mulvaney
Sam Kwon
Ashley Ross
Justin Bova
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4679

Attorneys for Plaintiff

Dated: February 26, 2019

PHILLIPS GOLDMAN MCLAUGHLIN & HALL,
P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

Of Counsel:
Charles B. Klein*
Jovial Wong*
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington D.C. 20006
Tel: (202) 282-5000
Fax: (202) 282-5100
cklein@winston.com
jwong@winston.com

Bryce A. Cooper*
Ryan B. Hauer*
WINSTON & STRAWN LLP
35 West Wacker Dr.
Chicago, IL 60601-9703
Tel: (312) 558-5600
Fax: (312) 558-5700
bcooper@winston.com
rhauer@winston.com

* To be admitted pro hac vice

Attorneys for Defendants Sun Pharmaceutical
Industries Limited, Sun Pharmaceutical
Industries, Inc., and Ohm Laboratories, Inc.

IT IS SO ORDERED, this 28th day of February , 2019.

_____
United States District Judge